# MAHER & PITTELL, LLP
## ATTORNEYS AT LAW

*Reply To:*
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
**Tel (516) 829-2299**
*jp@jpittell.com*

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
**Tel (516) 829-2299**
*jp@jpittell.com*

March 9, 2021

Honorable Loretta A. Preska
United States District Judge
US Courthouse
500 Pearl St.
New York, NY 10007

Re:   *United States v. John Muyet* -- [Habeas Petition}
      95 Cr. 941 (LAP)
      03 Civ. 4247 (LAP)

Dear Judge Preska:

I was appointed, pursuant to the CJA Act, to represent John Muyet, the defendant/habeas petitioner in above referenced matters. The case involves a habeas petition raising *Davis* related claims based upon convictions which occurred more than twenty years ago.

I have conferred with the Government, and on consent, respectfully request the Court set the date for submission of a supplemental memorandum, in further support of Mr. Muyet's habeas petition, to be April 12, 2021. This date is consistent with the submission date of co-defendant Feliciano's supplemental memorandum, in further support of his habeas petition, which raises claims similar to the ones in Mr. Muyet's petition.

So ordered
Loretta A Preska
3/11/21

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Micah Ferguson, AUSA